# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| Jeffery A. Stallworth<br><br>*Plaintiff(s)*<br>v.<br>Gov. Dewey Phillip "Phil" Bryant, State of Mississippi, Mississippi Legislature, East Metro Parkway, and Mississippi Department of Transportation<br><br>*Defendant(s)* | Civil Action No. 3:16-CV-246 CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Mississippi
% Attorney General Jim Hood
550 High Street Suite 1200
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffery A. Stallworth
6286 Hanging Moss Road
Jackson, MS 39206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: APR - 6 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| Jeffery A. Stallworth <br><br> *Plaintiff(s)* <br> v. <br> Gov. Dewey Phillip "Phil" Bryant, State of Mississippi, Mississippi Legislature, East Metro Parkway, and Mississippi Department of Transportation <br><br> *Defendant(s)* | Civil Action No. 3:16-cv-246 CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gov. Dewey Phillip "Phil" Bryant
410 Mississippi Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffery A. Stallworth
6286 Hanging Moss Road
Jackson, MS 39206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: APR - 6 2016                                                                 *N. Dean*
                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▼

| | | |
|---|---|---|
| Jeffery A. Stallworth | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:16-cv-246 CWR-FKB |
| Gov. Dewey Phillip "Phil" Bryant, State of Mississippi, Mississippi Legislature, East Metro Parkway, and Mississippi Department of Transportation | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Mississippi Legislature
% Attorney General Jim Hood
550 High Street Suite 1200
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery A. Stallworth
6286 Hanging Moss Road
Jackson, MS 39206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: APR - 6 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

Jeffery A. Stallworth

*Plaintiff(s)*

v.

Gov. Dewey Phillip "Phil" Bryant, State of Mississippi, Mississippi Legislature, East Metro Parkway, and Mississippi Department of Transportation

*Defendant(s)*

Civil Action No. 3:16-cv-246 CWR-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ms. Melinda McGrath, Executive Director
Mississippi Department of Transportation
401 North West Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery A. Stallworth
6286 Hanging Moss Road
Jackson, MS 39206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: APR - 6 2016

*N. Dean*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| Jeffery A. Stallworth<br><br>*Plaintiff(s)*<br>v.<br>Gov. Dewey Phillip "Phil" Bryant, State of Mississippi, Mississippi Legislature, East Metro Parkway, and Mississippi Department of Transportation<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-246 CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* East Metro Parkway

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery A. Stallworth
6286 Hanging Moss Road
Jackson, MS 39206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: APR - 6 2016

*Signature of Clerk or Deputy Clerk*