IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **JEFFERY A. STALLWORTH** | **PLAINTIFF** |
| **VS.** | **CASE NO.: 3:16-CV-246-CWR-FKB** |
| **GOVERNOR DEWEY PHILLIP "PHIL" BRYANT, STATE OF MISSISSIPPI, MISSISSIPPI LEGISLATURE, EAST METRO PARKWAY, and MISSISSIPPI DEPARTMENT OF TRANSPORTATION** | **DEFENDANTS** |
| **TONY T. YARBER, Mayor of the City of Jackson, Mississippi, on behalf of the Citizens of the City of Jackson, Mississippi; TONY T. YARBER, individually as a taxpayer and citizen of the City of Jackson, Mississippi; MELVIN V. PRIESTER, JR.; ASHBY FOOTE, KENNETH I. STOKES, DE'KEITHER STAMPS, CHARLES TILLMAN, TYRONE HENDRIX, MARGARET BARRETT-SIMON, all in their official capacities as elected members of the City Council of the City of Jackson, Mississippi, from their respective wards and in their individual capacities as citizens of the City of Jackson on behalf of themselves and all others similarly situated; JACKSON MUNICIPAL AIRPORT AUTHORITY; BOARD OF COMMISSIONERS OF THE JACKSON MUNICIPAL AIRPORT AUTHORITY; EVELYN O. REED, VERNON W. HARTLEY SR., LAWANDA D. HARRIS, REV. JAMES L. HENLEY JR., and DR. ROSIE L. T. PRIDGEN, all in their official capacities as Commissioners on the Board of Commissioners of the Jackson Municipal Airport Authority and in their individual capacities as citizens of the City of Jackson on behalf of themselves and all others similarly situated** | **APPLICANTS FOR INTERVENTION** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Carlton W. Reeves, United States District Judge, at 501 East Court Street, Suite 5.500, Jackson, MS 39201 on Thursday, June 30, 2016 at 9:00 a.m. regarding the following pending motions:

- Plaintiff Jeffery A. Stallworth's Motion for Preliminary Injunction
- Applicants for Intervention, Tony T. Yarber, et al., Motion to Intervene
- Applicants for Intervention, Tony T. Yarber, et al., Motion for Preliminary Injunction

Dated: June 27, 2016.

        Respectfully submitted,

**Jackson Municipal Airport Authority,
Board of Commissioners of the Jackson
Municipal Airport Authority, Dr. Rosie
L. T. Pridgen, Rev. James L. Henley Jr.,
LaWanda D. Harris, Vernon W.
Hartley Sr., and Evelyn O. Reed, each
in his or her official capacity as a Commissioner
on the Board of Commissioners of the Jackson
Municipal Airport Authority**

By:    s/ *John L. Walker*
        John L. Walker, Bar No. 6883
        Kevin B. Bass, Bar No. 103968
        Walker Group, PC
        1410 Livingston Lane, Suite A
        Post Office Box 22849
        Jackson, MS 39225-2849
        Telephone: (601) 948-4589
        Facsimile: (601) 354-2507
        jwalker@walkergrouppc.com
        kbass@walkergrouppc.com

## **CERTIFICATE OF SERVICE**

      I, John L. Walker, certify that on June 27, 2016, I electronically filed the above and foregoing Notice of Hearing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Justin L. Matheny, Esq.
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
550 High Street (39201)
Jackson MS 39205-0220
(601) 359-3825
jmath@ago.state.ms.us

Andre La'Verne Edney, Esq.
Bradley C. Moody, Esq.
Donald Jeffrey Wagner, Esq.
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
One Eastover Center
100 Vision Drive, Suite 400
P.O. Box 14167 (39236-4167)
Jackson MS 39211
(601) 351-2472
ledney@bakerdonelson.com
bmoody@bakerdonelson.com
jwagner@bakerdonelson.com

Daniel B. Smith, Esq.
MISSISSIPPI DEPARTMENT OF TRANSPORTATION
P.O. Box 1850
Jackson MS 39215-1850
(601) 359-7600
dbsmith@mdot.ms.gov

I further certify that on June 27, 2016, I forwarded via foregoing Notice of Hearing to the following person at the following email addresses:

***EMAIL DELIVERY (ltgov@senate.ms.gov)***
Lt. Governor Tate Reeves
Lt. Governor's Office
MS State Capitol
400 High Street
Jackson, MS 39201

***EMAIL DELIVERY (ronny.lott@madison-co.com)***
Mr. Ronny Lott
Madison County Chancery Clerk and
Agent for Process for Madison County Mississippi
Madison County Chancery Court
146 West Center Street
Canton, MS 39046

***EMAIL DELIVERY (***katie@katiebryantsnell.com)
Katie Bryant Snell, Esquire
Attorney for Madison County Board of Supervisors
741 Avignon Dr., Ste. A
Ridgeland, MS 39157-5162

***EMAIL DELIVERY*** (jflood@rankincounty.org)
Mr. Larry Swales
Rankin County Chancery Clerk and
Agent for Process for Rankin County Mississippi
Rankin County Chancery Court
211 E. Government Street
Brandon, MS 39042

***EMAIL DELIVERY*** (*craig.slay@palmerslay.com*)
Craig Slay, Esquire
Attorney for Rankin County Board of Supervisors
Palmer & Slay, PLLC
12 Woodgate Drive, Ste. F
Brandon, MS 39042


I further certify that on June 27, 2016, I forwarded via U.S. Mail a copy of the foregoing Notice of Hearing to the following:

Jeffrey A. Stallworth
6286 Hanging Moss Road
Jackson, Mississippi 39206

*Pro Se* Plaintiff


/s/ *John L. Walker*