IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JEFFERY A. STALLWORTH**                                                              **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 3:16-cv-246 CWR-FKB**

**GOVERNOR DEWEY PHILLIP "PHIL"
BRYANT, STATE OF MISSISSIPPI,
MISSISSIPPI LEGISLATURE, EAST
METRO PARKWAY, AND MISSISSIPPI
DEPARTMENT OF TRANSPORTATION**                             **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Whitney H. Lipscomb, without waiver of any of Defendant, Governor Dewey Phillip "Phil" Bryant's, immunities, affirmative defenses or other defenses to this action, hereby enters her appearance in this matter on behalf of Defendant, Governor Dewey Phillip "Phil" Bryant, and requests that she be served with all future pleadings, orders and other papers in this matter consistent with Fed. R. Civ. P. 5.

THIS the 6th day of July, 2016.

                                           Respectfully submitted,

                                           GOVERNOR DEWEY PHILLIP "PHIL" BRYANT

                 BY:          /s/ Whitney H. Lipscomb
                                 Whitney H. Lipscomb (MS Bar #104326)
                                 OFFICE OF GOVERNOR PHIL BRYANT
                                 550 High Street
                                 Jackson, MS  39201
                                 Telephone: (601) 359-3150
                                 Facsimile: (601) 359-3741
                                 Whitney.Lipscomb@governor.ms.gov

                                 *Counsel for Governor Dewey Phillip "Phil" Bryant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

THIS the 6th day of July, 2016.

/s/ Whitney H. Lipscomb
Whitney H. Lipscomb