IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY A. STALLWORTH | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:16-CV-246 |
| GOVERNOR DEWEY PHILLIP "PHIL" BRYANT, STATE OF MISSISSIPPI, MISSISSIPPI LEGISLATURE EAST METRO PARKWAY, AND MISSISSIPPI DEPARTMENT OF TRANSPORTATION | DEFENDANTS |
| TONY T. YARBER, Mayor of the City of Jackson, Mississippi, on behalf of the Citizens of the City of Jackson, Mississippi; TONY T. YARBER, individually as a taxpayer and citizens of the City of Jackson, Mississippi; MELVIN V. PRIESTER, JR.; ASHBY FOOTE, KENNETH I. STOKES, DE'KEITHER STAMPS, CHARLES TILLMAN, TYRONE HENDRIX, MARGARET BARRETT-SIMON, all in their official capacities as elected members of the City Council of the City of Jackson, Mississippi, from their respective wards and in their individual capacities as citizens of the City of Jackson on behalf of themselves and all others similarly situated; JACKSON MUNICIPAL AIRPORT AUTHORITY; BOARD OF COMMISSIONERS OF THE JACKSON MUNICIPAL AIRPORT AUTHORITY; EVELYN O. REED, VERNON W. HARTLEY SR., LAWANDA D. HARRIS, REV. JAMES L. HENLEY JR., and DR. ROSIE L. T. PRIDGEN, all in their official capacities as Commissioners on the Board of Commissioners of the Jackson Municipal Airport Authority and in their individual capacities as citizens of the City of Jackson on behalf of themselves and all others similarly situates | APPLICANTS FOR INTERVENTION |

## NOTICE OF APPEARANCE

**COMES NOW**, Kristen Blanchard, Deputy City Attorney, and enters her appearance, on behalf of the City of Jackson and the members of the City Council in their official capacity in the above styled and numbered civil action.

RESPECTFULLY submitted this the 18th day of July, 2016.

CITY OF JACKSON, MISSISSIPPI

By: /s/ Kristen Blanchard
Kristen Blanchard, MSB # 103841
DEPUTY CITY ATTORNEY
*Attorney for Proposed Intervenor*
*Mayor Tony T. Yarber, et al.*

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi  39207-2779
Telephone:   601-960-1799
Facsimile:    601-960-1756
*Attorney for the City of Jackson*

## CERTIFICATE OF SERVICE

I, Kristen Blanchard, do hereby certify that on July 18, 2016, I electronically filed with the Clerk of the court using the ECF system which sent notification of such filing to the following:

Justin L. Matheny, Esq.
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
550 High Street (39201)
Jackson Mississippi 39205-0220
(601) 359-3825
jmath@ago.state.ms.us

Andre La'Verne Edney, Esq. Bradley C. Moody, Esq.
Donald Jeffrey Wagner, Esq.
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
One Eastover Center
100 Vision Drive, Suite 400
P.O. Box 14167 (39236-4167)
Jackson Mississippi 39211
(601) 351-2472
ledney@bakerdonelson.com
bmoody@bakerdonelson.com
jwagner@bakerdonelson.com

Daniel B. Smith, Esq.
MISSISSIPPI DEPARTMENT OF TRANSPORTATION
P.O. Box 1850
Jackson Mississippi 39215-1850
(601) 359-7600
(601) 359-7600
dbsmith@mdot.ms.gov

I further certify that on July 28, 2016, I forwarded via electronic mail the foregoing Notice to the following person at the following email addresses:

EMAIL DELIVERY (ltgov@senate.ms.gov)
Lt. Governor Tate Reeves
LT. GOVERNOR'S OFFICE
Mississippi State Capitol
400 High Street
Jackson, Mississippi 39201

EMAIL DELIVERY (ronny.lott@madison-co.com)
Mr. Ronny Lott
Madison County Chancery Clerk and
Agent for Process for Madison County Mississippi
MADISON COUNTY CHANCERY COURT
146 West Center Street
Canton, Mississippi 39046

EMAIL DELIVERY (katie@katiebryantsnell.com)
Katie Bryant Snell, Esquire
Attorney for Madison County Board of Supervisors
741 Avignon Drive, Suite A
Ridgeland, Mississippi 39157-5162

EMAIL DELIVERY (jflood@rankincounty.org)
Mr. Larry Swales
Rankin County Chancery Clerk and
Agent for Process for Rankin County Mississippi
RANKIN COUNTY CHANCERY COURT
211 East Government Street
Brandon, Mississippi 39042

EMAIL DELIVERY (craig.slay@palmerslay.com)
Craig Slay, Esquire
Attorney for Rankin County Board of Supervisors
PALMER & SLAY, PLLC
12 Woodgate Drive, Suite F
Brandon, Mississippi 39042

EMAIL DELIVERY (fred.banks@phelps.com)
Fred L. Banks, Esquire
Attorney for Proposed Intervenor Jackson Municipal Airport Authority, et.al
PHELPS DUNBAR
4270 I-55 North
Jackson, Mississippi 39211

EMAIL DELIVERY (jwalker@walkergrouppc.com)
John L. Walker, Esquire
Attorney for Proposed Intervenor Jackson Municipal Airport Authority, et.al
WALKER GROUP PC
1410 Livingston Lane, Suite A
Jackson, Mississippi 39213

EMAIL DELIVERY (mjoiner@jacksonms.gov)
Monica D. Joiner, Esquire
Gail W. Lowery, Esquire
Attorney for Proposed Intervenor Mayor Tony T. Yarber, et al.
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Jackson, Mississippi 39201

EMAIL DELIVERY (cantoncityattorney1@gmail.com)
Kimbery Banks, Esquire
Attorney for Proposed Intervenor Mayor Tony T. Yarber, individually and as a taxpayer and citizen of the City of Jackson, Mississippi, on behalf of himself and all others similarly situated
CITY OF CANTON
226 East Peace Street
Canton, Mississippi 39046

EMAIL DELIVERY (esanders@sandlaw.net)
Everett Sanders, Esquire
Attorney for Proposed Intervenor Melvin V. Priester, Jr., Ashby Foote, Kenneth I. Stokes, De'Keither Stamps, Charles Tillman, Tyrone Hendrix, and Margaret Barrett-Simon, individually as citizens of the City of Jackson, Mississippi, on behalf of themselves and all others similarly situated
SANDERS LAW FIRM, PLLC
133 South Commerce Street
Natchez, Mississippi 39210

EMAIL DELIVERY (tgoss@dgwlaw.com)
Tylvester Goss, Esquire
Counsel for Proposed Intervenors Dr. Rosie L.T. Pridgen, LaWanda D. Harris, Vernon W. Hartley Sr. and Evelyn O. Reed, each individually as citizens of the City of Jackson, Mississippi, on behalf of themselves and all others similarly situated
DAVIS GOSS & WILLIAMS
1441 Lakeover Road
Jackson, Mississippi 39213

I further certify that on July 18, 2016, I forwarded via U.S. Mail a copy of the foregoing Notice to the following:

Jeffrey A. Stallworth
6286 Hanging Moss Road
Jackson, Mississippi 39206
Pro Se Plaintiff

So certified, this the 18th day of July, 2016.

*/s/ Kristen Blanchard*
Kristen Blanchard