IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI NORTHERN DIVISION

JEFFERY A. STALLWORTH                                                      PLAINTIFF

VS.                                                   CIVIL NO.: 3:16-cv-246-CWR-FKB

GOVERNOR DEWEY PHILLIP "PHIL"                                          DEFENDANTS
BRYANT, ET AL.

and

TONY T. YARBER, Mayor of the City of                                      PLAINTIFFS
Jackson, Mississippi, on behalf of the Citizens
of the City of Jackson, ET AL.

VS.                                                   CIVIL NO.: 3:16-CV-246-CWR-FKB

PHIL BRYANT, in his official capacity as governor                      DEFENDANTS
of the State of Mississippi, ET AL.

## OBJECTIONS TO JACKSON MUNICIPAL AIRPORT
## AUTHORITY'S SUBPOENAE DUCES TECUM

Pursuant to Rule 45 of the Federal Rules of Civil Procedure third parties Josh Harkins,

Dean Kirby, Phillip Moran, Chris Caughman, Nickey Browning, John A. Polk, Mark Baker, and

Alex Monsour (collectively "Legislators") state their Objections to Jackson Municipal Airport

Authority's Subpoenae Duces Tecum as follows:

**Request No. 1:**  Any and all documents, including but not limited to, studies, analyses,

reviews, comparisons, correspondence, and reports prepared or otherwise created during the last

five (5) years regarding or related in any way to the Jackson Municipal Airport Authority's

performance in managing the Jackson-Medgar Evers International Airport.

**Response No. 1:**  Legislators object to Request No. 1 as vague, unduly burdensome, and

overly broad.  Request No. 1 seeks documents not relevant to Jackson Municipal Airport

Authority's ("JMAA's") claims in this lawsuit and is not proportional to the needs of the case.



EXHIBIT

1

Legislators further object to Request No. 1 because it requests documents from legislative actors that pertain to their legislative activities and are integral to the legislative procedure. Such documents are made privileged by the legislative privilege. With regard to the state law claims asserted by JMAA, the legislators enjoy absolute immunity. *Bond v. Marion County Bd. of Sup'rs*, 807 So. 2d 1208, 1220-21 (Miss. 2001). JMAA lacks standing to compel production of evidence regarding Counts VII and VIII, the only federal claims in this action, because it has not joined them. In any event, the Supreme Court of the United States has declared that legislative privilege will ordinarily apply even where discriminatory intent is alleged. *Village of Arlington Heights v. Metro. Housing Dev. Corp.*, 429 U.S. 252, 268 (1977). Courts of Appeals have recognized absolute legislative privilege even with regard to statutory claims authorized by Congress. *Equal Employment Opportunity Comm'n v. Washington Suburban San. Comm'n*, 631 F. 3d 174, 180-81 (4th Cir. 2011); *In re Hubbard*, 803 F. 3d 1298, 1307-11 (11th Cir. 2015), citing *Branch v. Phillips Petroleum Co.*, 638 F. 2d 873 (5th Cir. 1981). No plaintiff relies on any act of Congress in support of any claim or the attempt to compel production from the legislators.

**Request No. 2:** Any and all documents, including, but not limited to, studies, analyses, reviews, comparisons, correspondence, and reports prepared or otherwise created and relied upon by members of the Mississippi legislature in introducing and passing Senate Bill 2162.

**Response No. 2:** Response No. 1 is incorporated herein by reference.

**Request No. 3:** Any and all documents, including but not limited to, email communications and text messages and any documents attached thereto (stored or otherwise) exchanged by (sent to and/or from) you and any person, including members of the Mississippi legislature and any governmental agency, body or its representative(s) regarding Senate Bill 2162 and/ or the Jackson-Medgar Evers International Airport from January 1, 2014 to present.

The responsive information is requested to be produced on a disk, in single page Tiff files, a summation load file, and OCR.

**Response No. 3:**   Response No. 1 is incorporated herein by reference.  The legislators further object that JMAA seeks production of materials in more than one form, contrary to the provisions of Fed. R. Civ. P. 45(e)(1)(C).

Dated this the $\underline{21^{st}}$ day of March, 2017.

Respectfully submitted,

JOSH HARKINS, DEAN KIRBY, PHILLIP MORAN, CHRIS CAUGHMAN, NICKEY BROWNING, JOHN A. POLK, MARK BAKER, and ALEX MONSOUR

By: _____
       MICHAEL B. WALLACE, ESQ., MSB #6904
       CHARLES E. COWAN, ESQ., MSB #104478

## CERTIFICATE OF SERVICE

I, Michael B. Wallace, do hereby certify that I have this day served the foregoing pleading or other paper to the following counsel of record:

Fred Banks, Bar No. 1733                              VIA HAND DELIVERY
LaToya Merritt, Bar No. 100054
Nicholas F. Morisani, Bar No. 104970
Phelps Dunbar, LLP
4270 I-55 North
Jackson, MS  39211-6391
Post Office Box 16114
Jackson, MS  39236-6114
Fred.Banks@phelps.com
LaToya.Merritt@phelps.com
Nick.Morisani@phelps.com

John L. Walker, Bar No. 6883                          VIA U.S. MAIL
Kevin B. Bass, Bar No. 103968
Walker Group, PC
1410 Livingston Lane, Suite A
Post Office Box 22849
Jackson, MS  39225-2849

jwalker@walkergrouppc.com
kbass@walkergrouppc.com
*Counsel for JMAA*

Justin L. Matheny, Esq.                          VIA U.S. MAIL
Krissy Casey Nobile, Esq.
Mississippi Attorney General's Office
P.O. Box 220
550 High Street (39201)
Jackson, MS  39205-0220
jmath@ago.state.ms.us
knobi@ago.state.ms.us

Whitney Holliday Lipscomb                         VIA U.S. MAIL
Office of the Governor
P.O. Box 139
550 High Street (39201)
Jackson, MS  39205
whitney.lipscomb@governor.ms.gov

P. Ryan Beckett                                   VIA U.S. MAIL
Charles E. Griffin
Phillip B. Abernethy
Butler Snow, LLP
P.O. Box 6010
1020 Highland Colony Pkwy, Ste. 1400 (39157)
Ridgeland, MS  39158-6010
ryan.beckett@butlersnow.com
charles.griffin@butlersnow.com
phil.abernethy@butlersnow.com

Katherine Bryant Snell                            VIA U.S. MAIL
Katie Bryant Snell, PLLC
P.O. Box 3007
741 Avignon Drive, Ste. A (39130)
Ridgeland, MS  39157
katie@katiebryantsnell.com

Craig Lawson Slay                                 VIA U.S. MAIL
Rankin County Board Of Supervisors
211 East Government Street, Suite A
Brandon, MS  39042
cslay@rankincounty.org

Leland Kyle Williams                          VIA U.S. MAIL
William Trey E. Jones, III
Brunini Grantham Grower & Hewes, PLLC
P.O. Drawer 119
Pinnacle Bldg., Suite 100
190 East Capitol Street (39201)
Jackson, MS  39205-0119
kwilliams@brunino.com
tjones@brunini.com

Monica D. Joiner                              VIA U.S. MAIL
Kristen N. Blanchard
LaShundra B. Jackson-Winters
City of Jackson
P.O. Box 2779
455 E. Capitol Street (39201)
Jackson, MS  39207-2779
mjoiner@city.jackson.ms.us
kblanchard@city.jackson.ms.us
lwinters@city.jackson.ms.us

Kimberly C. Banks                             VIA U.S. MAIL
Banks Law & Associates, LLC
P.O. Box 12303
Jackson, MS  39236
kimcelestejax@aol.com

Everett T. Sanders                            VIA U.S. MAIL
Aisha A. Sanders
Sanders Law Firm, PLLC
604 Franklin Street
P.O. Box 565 (39121)
Natchez, MS  39120
esanders@sanlaw.net

THIS, the 21ST day of March, 2017.

_____
MICHAEL B. WALLACE