IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI NORTHERN DIVISION

| | |
|---|---|
| JEFFERY A. STALLWORTH | PLAINTIFF |
| VS. | CIVIL NO.: 3:16-cv-246-CWR-FKB |
| GOVERNOR DEWEY PHILLIP "PHIL" BRYANT, ET AL. | DEFENDANTS |
| and | |
| TONY T. YARBER, Mayor of the City of Jackson, Mississippi, on behalf of the Citizens of the City of Jackson, ET AL. | PLAINTIFFS |
| VS. | CIVIL NO.: 3:16-CV-246-CWR-FKB |
| PHIL BRYANT, in his official capacity as governor of the State of Mississippi, ET AL. | DEFENDANTS |

**OBJECTIONS TO INDIVIDUAL PLAINTIFFS' SUBPOENAE DUCES TECUM**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure third parties Josh Harkins, Dean Kirby, Phillip Moran, Chris Caughman, Nickey Browning, John A. Polk, Mark Baker, and Alex Monsour[1] (collectively "Legislators") state their Objections to Subpoenae Duces Tecum requested by Dr. Rosie Pridgen, Lawanda Harris, Vernon Hardley, Sr., and Evelyn Reed ("Individual Plaintiffs") as follows:

**Request No. 1:** Any and all documents, including but not limited to, studies, analyses, reviews, comparisons, correspondence, and reports prepared or otherwise created during the last five (5) years regarding or related in any way to the Jackson Municipal Airport Authority's performance in managing the Jackson-Medgar Evers International Airport.

**Response No. 1:** Legislators object to Request No. 1 as vague, unduly burdensome, and

---

[1] Alex Monsour has not yet been served with the subpoena. He joins in this objection in the interest of judicial economy. He does not waive the requirement that the subpoena be served.



EXHIBIT 2

overly broad. Request No. 1 seeks documents from legislative actors that pertain to the Legislators' legislative activities and are integral to the legislative procedure. Such documents are made privileged by the legislative privilege. With regard to the state law claim asserted by Individual Plaintiffs, Legislators enjoy absolute immunity. *Bond v. Marion County Bd. of Sup'rs*, 807 So. 2d 1208, 1220-21 (Miss. 2001). The Supreme Court of the United States has declared that legislative privilege will ordinarily apply even where discriminatory intent is alleged. *Village of Arlington Heights v. Metro. Housing Dev. Corp.*, 429 U.S. 252, 268 (1977). Courts of Appeals have recognized absolute legislative privilege even with regard to statutory claims authorized by Congress. *Equal Employment Opportunity Comm'n v. Washington Suburban San. Comm'n*, 631 F. 3d 174, 180-81 (4th Cir. 2011); *In re Hubbard*, 803 F. 3d 1298, 1307-11 (11th Cir. 2015), citing *Branch v. Phillips Petroleum Co.*, 638 F. 2d 873 (5th Cir. 1981).

**Request No. 2:** Any and all documents, including, but not limited to, studies, analyses, reviews, comparisons, correspondence, and reports prepared or otherwise created and relied upon by members of the Mississippi legislature in introducing and passing Senate Bill 2162.

**Response No. 2:** Response No. 1 is incorporated herein by reference.

**Request No. 3:** Any and all documents, including but not limited to, email communications and text messages and any documents attached thereto (stored or otherwise) exchanged by (sent to and/or from) you and any person, including members of the Mississippi legislature and any governmental agency, body or its representative(s) regarding Senate Bill 2162 and/ or the Jackson-Medgar Evers International Airport from January 1, 2014 to present. The responsive information is requested to be produced on a disk, in single page Tiff files, a summation load file, and OCR.

**Response No. 3:** Response No. 1 is incorporated herein by reference. Legislators

further object that Individual Plaintiffs seeks production of materials in more than one form, contrary to the provisions of Fed. R. Civ. P. 45(e)(1)(C).

Dated this the 19th day of April, 2017.

                          Respectfully submitted,

                          JOSH HARKINS, DEAN KIRBY, PHILLIP MORAN, CHRIS CAUGHMAN, NICKEY BROWNING, JOHN A. POLK, MARK BAKER, and ALEX MONSOUR

By: _/s/ Michael B. Wallace_

                          MICHAEL B. WALLACE, ESQ., MSB #6904
                          CHARLES E. COWAN, ESQ., MSB #104478
                          WISE CARTER CHILD & CARAWAY, P.A.
                          401 East Capitol Street, Suite 600
                          Jackson, MS 39205
                          Post Office Box 651
                          Jackson, MS 39201
                          Phone: 601-968-5500
                          Fax: 601-944-7738
                          mbw@wisecarter.com
                          cec@wisecarter.com

## CERTIFICATE OF SERVICE

I, Michael B. Wallace, do hereby certify that I have this day served the foregoing pleading or other paper to the following counsel of record:

| | |
|---|---|
| Tylvester Goss, Bar. No. 4920<br>Goss & Williams, PLLC<br>1411 Lakeover Road<br>Jackson, Mississippi 39206<br>tgoss@dgwlaw.com<br>***Counsel for Individual Plaintiffs*** | VIA HAND DELIVERY |
| Fred Banks, Bar No. 1733<br>LaToya Merritt, Bar No. 100054<br>Nicholas F. Morisani, Bar No. 104970<br>Phelps Dunbar, LLP<br>4270 I-55 North<br>Jackson, MS  39211-6391<br>Post Office Box 16114<br>Jackson, MS  39236-6114<br>Fred.Banks@phelps.com<br>LaToya.Merritt@phelps.com<br>Nick.Morisani@phelps.com | VIA U.S. MAIL |
| John L. Walker, Bar No. 6883<br>Kevin B. Bass, Bar No. 103968<br>Walker Group, PC<br>1410 Livingston Lane, Suite A<br>Post Office Box 22849<br>Jackson, MS  39225-2849<br>jwalker@walkergrouppc.com<br>kbass@walkergrouppc.com | VIA U.S. MAIL |
| Justin L. Matheny, Esq.<br>Krissy Casey Nobile, Esq.<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>550 High Street (39201)<br>Jackson, MS  39205-0220<br>jmath@ago.state.ms.us<br>knobi@ago.state.ms.us | VIA U.S. MAIL |
| Whitney Holliday Lipscomb<br>Office of the Governor<br>P.O. Box 139<br>550 High Street (39201) | VIA U.S. MAIL |

Jackson, MS 39205
whitney.lipscomb@governor.ms.gov

P. Ryan Beckett                              VIA U.S. MAIL
Charles E. Griffin
Phillip B. Abernethy
Butler Snow, LLP
P.O. Box 6010
1020 Highland Colony Pkwy, Ste. 1400 (39157)
Ridgeland, MS 39158-6010
ryan.beckett@butlersnow.com
charles.griffin@butlersnow.com
phil.abernethy@butlersnow.com

Katherine Bryant Snell                       VIA U.S. MAIL
Katie Bryant Snell, PLLC
P.O. Box 3007
741 Avignon Drive, Ste. A (39130)
Ridgeland, MS 39157
katie@katiebryantsnell.com

Craig Lawson Slay                            VIA U.S. MAIL
Rankin County Board Of Supervisors
211 East Government Street, Suite A
Brandon, MS 39042
cslay@rankincounty.org

Leland Kyle Williams                         VIA U.S. MAIL
William Trey E. Jones, III
Brunini Grantham Grower & Hewes, PLLC
P.O. Drawer 119
Pinnacle Bldg., Suite 100
190 East Capitol Street (39201)
Jackson, MS 39205-0119
kwilliams@brunino.com
tjones@brunini.com

Monica D. Joiner                             VIA U.S. MAIL
Kristen N. Blanchard
LaShundra B. Jackson-Winters
City of Jackson
P.O. Box 2779
455 E. Capitol Street (39201)
Jackson, MS 39207-2779
mjoiner@city.jackson.ms.us
kblanchard@city.jackson.ms.us

lwinters@city.jackson.ms.us

Kimberly C. Banks                              VIA U.S. MAIL
Banks Law & Associates, LLC
P.O. Box 12303
Jackson, MS  39236
kimcelestejax@aol.com

Everett T. Sanders                             VIA U.S. MAIL
Aisha A. Sanders
Sanders Law Firm, PLLC
604 Franklin Street
P.O. Box 565 (39121)
Natchez, MS  39120
esanders@sanlaw.net

THIS, the 19th day of April, 2017.

_____
MICHAEL B. WALLACE