# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JACKSON MUNICIPAL AIRPORT**                                            **PLAINTIFFS**
**AUTHORITY, ET AL.**

**V.**                                                 **CAUSE NO. 3:16-CV-246-CWR-FKB**

**GOVERNOR PHIL BRYANT, ET AL.**                               **DEFENDANTS**

## ORDER

Defendant Rankin County, Mississippi has joined in Lieutenant Governor Tate Reeves' motion to dismiss this case for lack of subject matter jurisdiction, as well as filed its own motion to dismiss. Having denied the Lieutenant Governor's motion by written Order, it is appropriate for the Court to formally adopt that Order's reasoning and deny Rankin County's overlapping arguments. What remains is Rankin County's assertion of mootness.

It is not clear from the briefing whether Rankin County has taken every step it must to appoint an individual to serve on a new airport authority board. If it has not, the case is not moot for all of the reasons discussed in the adopted Order.

Even if Rankin County has completed its first appointment, though, S.B. 2162 grants it an appointment power indefinitely. It follows that Rule 19(a)(1) requires the County's participation in this suit. In other words, this case is not moot as to Rankin County because this Court cannot grant complete—which here means permanent—relief to the plaintiffs without Rankin County's presence.

The motion is denied.

**SO ORDERED**, this the 6th day of July, 2017.

                                                                         s/ Carlton W. Reeves
                                                                         UNITED STATES DISTRICT JUDGE