IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JEFFREY A. STALLWORTH, ET AL.**

**V.**  **CASE NO. 3:16-CV-00246-CWR-FKB**

**GOVERNOR PHIL BRYANT, ET AL.**

## MOTION TO WITHDRAW

**COMES NOW,** the undersigned, Monica D. Joiner, counsel of record, and file this *Motion to Withdraw*, and in support thereof would show unto this Honorable Court, the following, to wit:

1. Monica D. Joiner currently serves as the City Attorney for the City of Jackson, Mississippi. The City of Jackson and its City officials are also represented by additional counsel at the Office of the City Attorney in Jackson, Mississippi.

2. As of November 10, 2017, Monica D. Joiner will no longer be employed by the City of Jackson, Mississippi. As a result, the movant requests that Monica D. Joiner be allowed to withdraw as Counsel of Record.

3. The City of Jackson and its officials have no objection to the instant *Motion to Withdraw*. Allowing Monica D. Joiner to withdraw as Counsel of Record in this matter will not delay the resolution of this matter, nor will it prejudice the parties in any way.

4. This *Motion to Withdraw* is being served on all parties' Counsels of Record, as evidenced by the Certificate of Service recited below.

**WHEREFORE, PREMISES CONSIDERED,** the movant respectfully requests the entry of an Order authorizing the withdrawal of Monica D. Joiner in this cause and all others wherein she is named as Counsel of Record for the City of Jackson.

RESPECTFULLY SUBMITTED, this the 10th day of November, 2017.

        CITY OF JACKSON, MISSISSIPPI, ET AL
        *Defendant*

        By:/s/ Monica D. Joiner
        MONICA D. JOINER, MSB # 102154
        CITY ATTORNEY

**OF COUNSEL:**
**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
(601) 960-1799 (Office)
(601) 960-1756 (Facsimile)

## CERTIFICATE OF SERVICE

The undersigned certifies that she has this day electronically filed the foregoing with the Clerk of this Court using the ECF system.

**SO CERTIFIED,** this the 10th day of November, 2017.

        /s/ Monica D. Joiner
        Monica D. Joiner