IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY A. STALLWORTH | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:16cv246-CWR-FKB |
| GOVERNOR DEWEY PHILLIP "PHIL" BRYANT, ET AL. | DEFENDANTS |
| and | |
| TONY T. YARBER, Mayor of the City of Jackson, Mississippi, on behalf of the Citizens of the City of Jackson, ET AL. | INTERVENOR-PLAINTIFFS |
| VS. | |
| PHIL BRYANT, in his Official Capacity as Governor of the State of Mississippi, ET AL. | DEFENDANTS |

## GOVERNOR PHIL BRYANT'S RULE 26(a)(1) INITIAL DISCLOSURE

Defendant Phil Bryant, in his official capacity as Governor of the State of Mississippi ("defendant"), without waiving any applicable evidentiary or testimonial privileges or immunities, including but not limited to his legislative and/or other related immunities which may be applicable to any testimony or discovery sought from him in this action, submits the following initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26(a)(1):

1. **Individuals with Information Potentially Within the Scope of Rule 26(b)(1).**

   The Named Plaintiffs
   c/o Counsel for Plaintiffs
   Potentially Discoverable Knowledge: Bases for factual allegations in Plaintiffs' Complaint [Dkt. 42], and claims and defenses of the parties

EXHIBIT 1

Any individuals identified in documents produced, or otherwise identified in discovery in this action

Defendant reserves his right to supplement these disclosures, and to invoke, and by making these disclosures does not waive, any applicable evidentiary or testimonial privileges or immunities, including but not limited to, his legislative and/or other related immunities which may be applicable to any testimony or discovery sought from him in this action.

2. **Documents Supporting Claims and Defenses.**

The exhibits affixed to Plaintiffs' Complaint [Dkt. 42]

The documents referenced in Plaintiffs' Complaint [Dkt. 42]

The documents affixed hereto and Bates labeled "DEF 000001 - DEF 000150"

The on-line data compiled by the Mississippi College School of Law's Legislative History Project for 2016 S.B. 2162, available on-line at: http://law.mc.edu/legislature/bill_details.php?id=5088&session=2016 (last accessed Dec. 2, 2016)

All documents which have or will be produced in response to discovery requests served by Plaintiffs in this lawsuit

All documents which have or will be produced by Plaintiffs in this lawsuit

Defendant reserves his right to supplement these disclosures, and to invoke, and by making these disclosures does not waive, any applicable evidentiary or testimonial privileges or immunities, including but not limited to, his legislative and/or other related immunities which may be applicable to any testimony or discovery sought from him in this action.

3. **Claims for Damages.**

Defendant does not assert any claim for damages, however, defendant reserves his right to seek costs as well as any attorney fees and expenses which may prove to be appropriate under the federal rules, 28 U.S.C. § 1927, 28 U.S.C. § 1988, or any other applicable rule or statute, upon final resolution of this action.

4. **Insurance Agreements.**

Plaintiffs' lawsuit does not implicate any insurance agreement described in Rule 26(a)(1)(A)(iv).

THIS the 22nd day of December, 2016.

        Respectfully submitted,

        GOVERNOR PHIL BRYANT

By:    JIM HOOD, ATTORNEY GENERAL

By:    /s/ Justin L. Matheny
        Justin L. Matheny (Bar No. 100754)
        Krissy C. Nobile (Bar No. 103577)
        Office of the Attorney General
        P.O. Box 220
        Jackson, MS 39205
        Telephone: (601) 359-3680
        Facsimile: (601) 359-2003
        *jmath@ago.state.ms.us*
        *knobi@ago.state.ms.us*

AND

Whitney H. Lipscomb (Bar No. 104326)
Office of Governor Phil Bryant
550 High Street
Jackson, MS 39201
Telephone: (601) 359-3150
Facsimile: (601) 359-3741
*whitney.lipscomb@governor.ms.gov*

*Counsel for Governor Phil Bryant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on the following counsel of record via US Mail, properly addressed and postage prepaid:

Monica D. Joiner
Kristen N. Blanchard
LaShundra B. Jackson-Winters
P.O. Box 2779
Jackson, MS 39207-2779

Everett T. Sanders
Sanders Law Firm, PLLC
P.O. Box 565
Natchez, MS 39121

James L. Henley
P.O. Box 31464
Jackson, MS 39286-1464

Fred L. Banks, Jr.
LaToya C. Merritt
Nicholas F. Morisani
Phelps Dunbar LLP
P.O. Box 16114
Jackson, MS 39236-6114

Katie Snell
Katie Bryant Snell PLLC
P.O. Box 3007
Madison, MS 39130-3007

Kimberly C. Banks
Banks Law & Associates, LLC
P.O. Box 12303
Jackson, MS 39236

John L. Walker, Jr.
Kevin B. Bass
Walker Group, PC
P.O. Box 22849
Jackson, MS 39225-2849

Tylvester O. Goss
Davis Goss & Williams
1441 Lakeover Road
Jackson, MS 39213

Craig L. Slay
Palmer & Slay PLLC
P.O. Box 896
Brandon, MS 39043-0896

THIS the 22nd day of December, 2016.

_____
Justin L. Matheny