UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON MUNICIPAL AIRPORT
AUTHORITY, ET AL.                                                              PLAINTIFFS

VS.                                                   CIVIL ACTION NO. 3:16-cv-246-CWR-FKB

GOVERNOR PHIL BRYANT, ET AL.                                                   DEFENDANTS

**ORDER GRANTING MOTION FOR STAY OF ORDER**

Before the Court is the Motion of Non-Party Legislators ("Legislators") to Stay Magistrate Judge's Order Pending Resolution of Objection [275].

On December 19, 2017, the Court entered Order [251], which required that in response to certain subpoenas, the Legislators produce documents and a privilege log by February 28, 2018. On January 2, 2018, the Legislators filed an Objection [252] to Order [251]. On February 21, 2018, the Legislators filed the instant motion, requesting that the Court stay Order [251] until 14 days after resolution of their Objection by the District Judge. Plaintiffs have not filed a response.

The Court finds that in order to preserve the Legislators' right to assert privilege and attendant protections from disclosure, the Legislators' motion [275] for a stay of Order [251] should be granted. Accordingly, Order [251] is hereby stayed, pending a ruling by the District Judge on the Legislators' Objection [252]. If the District Judge upholds the undersigned's Order [251], in whole or part, a deadline for compliance will be set by later order of the Court.

SO ORDERED, this the 12th of March, 2018.

    /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE