IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY A. STALLWORTH | PLAINTIFF |
| VS. | CIVIL NO.: 3:16-cv-246-CWR-FKB |
| GOVERNOR DEWEY PHILLIP "PHIL" BRYANT, ET AL. | DEFENDANTS |
| and | |
| TONY T. YARBER, Mayor of the City of Jackson, Mississippi, on behalf of the Citizens of the City of Jackson, et al. | PLAINTIFFS |
| VS. | CIVIL NO.: 3:16-CV-246-CWR-FKB |
| PHIL BRYANT, in his official capacity as governor of the State of Mississippi, et al. | DEFENDANTS |

**PLAINTIFF'S REPLY IN SUPPORT OF RULE 56(D) MOTION TO DENY OR DEFER RULING ON GOVERNOR PHIL BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE COMPLAINT'S COUNTS V AND VI**

Plaintiff, the Jackson Municipal Airport Authority ("JMAA" or "Plaintiff"), submits this reply in support of its motion to deny or defer ruling on Defendant Governor Phil Bryant's ("Governor") Motion for Partial Summary Judgment as to Counts V and VI of the Complaint and to allow additional time to take discovery. The contemporaneously filed reply memorandum explains why the Governor's oppositional response does not preclude this Court from granting JMAA's motion. In addition to the reply memorandum, JMAA offers Mississippi Economic Impact of Airports Study, *attached as* Exhibit "A", in support.

For the reasons explained in JMAA's opening and closing memoranda, this Court should grant JMAA's motion to deny or defer ruling on the Governor's motion for summary judgment and allow JMAA more time to take discovery. If the Court is inclined to grant the additional

discovery requested in the Rule 56(d) motion, Plaintiff respectfully requests that it be allowed to file a supplemental response to the Governor's partial motion for summary judgment.

THIS the 10th day of April, 2018.

        Respectfully submitted,

        PHELPS DUNBAR LLP

        BY:   /s/ *Fred L. Banks, Jr.*
                Fred L. Banks, Jr., Bar No. 1733
                LaToya C. Merritt, Bar No. 100054
                Nicholas F. Morisani, Bar No. 104970
                Phelps Dunbar LLC
                4270 I-55 North
                Jackson, Mississippi 39211-6391
                Post Office Box 16114
                Jackson, Mississippi 39236-6114
                Telephone: (601) 352-2300
                Facsimile: (601) 360-9777
                fred.banks@phelps.com
                latoya.merritt@phelps.com
                nick.morisani@phelps.com

                John L. Walker, Bar No. 6883
                Kevin B. Bass, Bar No. 103968
                Walker Group, PC
                1410 Livingston Lane, Suite A
                Post Office Box 22849
                Jackson, Mississippi 39225-2849
                Telephone: (601) 948-4589
                Facsimile: (601) 354-2507
                jwalker@walkergrouppc.com
                kbass@walkergrouppc.com

                **Attorneys for the JMAA**

## **CERTIFICATE OF SERVICE**

I, *Fred L. Banks, Jr.*, certify that the foregoing document has been filed with the Clerk of Court using the Court's ECF system, which provides service of the foregoing to all counsel of record who have entered an appearance in this case as of the date below.

Date: April 10, 2018.

/s/ *Fred L. Banks, Jr.*
Fred L. Banks, Jr.