# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 10, 2018

Mr. Michael Brunson Wallace
Wise Carter Child & Caraway, P.A.
401 E. Capitol Street
Heritage Building
Suite 600
Jackson, MS 39201-2688

   No. 18-60487   Jeffery Stallworth v. Dewey Bryant, et al
                   USDC No. 3:16-CV-246

Dear Mr. Wallace,

We have docketed the appeal and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure.  We cannot accept motions submitted under the Federal Rules of **Civil** Procedure.  We can address only those documents the court directs you to file, or proper motions filed in support of the appeal.  See FED. R. APP. P. and 5TH CIR. R. 27 for guidance.  Documents not authorized by these rules will not be acknowledged or acted upon.

You must complete a transcript order form, which can be obtained from the court's website www.ca5.uscourts.gov.  **You are required to electronically file the form via the 5th Circuit's Electronic Document Filing System even if the form was filed with the district court,** and make financial arrangements with the court reporter. When completed, this meets your obligation to order the necessary portions of the court reporter's transcript, see FED. R. APP. P. 10(b).  (If you are pro se and unable to afford payment, you must file a motion with the district court requesting transcript at government expense, and notify this court.)  We will coordinate the transcript deadlines with the court reporter.  The court reporter should contact you directly if an extension of time to file the transcript is granted. Failure to complete the transcript order form and make financial arrangements with the court reporter within **15 days** will result in dismissal of the appeal in accordance with the rules.

We will provide you information about the briefing schedule of this appeal at a later date.  If a transcript is unnecessary, please complete the section on the transcript order form to indicate such and we will start the briefing schedule.  5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

All counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" naming all parties represented within 14 days from this date, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12.   This form is available on our website www.ca5.uscourts.gov.   Failure to electronically file this form

will result in removing your name from our docket.    Pro se parties
are not required to file appearance forms.

ATTENTION ATTORNEYS:    Attorneys are required to be a member of the
Fifth Circuit Bar and to register for Electronic Case Filing.    The
"Application and Oath for Admission" form can be printed or
downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov.
Information    on    Electronic    Case    Filing    is    available    at
www.ca5.uscourts.gov/cmecf/.

ATTENTION ATTORNEYS:    Direct access to the electronic record on
appeal (EROA) for pending appeals will be enabled by the U S
District Court on a per case basis.    Counsel can expect to receive
notice once access to the EROA is available.    Counsel must be
approved for electronic filing and must be listed in the case as
attorney of record before access will be authorized.    Instructions
for accessing and downloading the EROA can be found on our website
at    www.ca5.uscourts.gov/attorneys/attorney-forms/eroa_downloads.
Additionally, a link to the instructions will be included in the
notice you receive from the district court.

Sealed documents, except for the presentence investigation report
in criminal appeals, will not be included in the EROA.    Access to
sealed documents will continue to be provided by the district court
only upon the filing and granting of a motion to view same in this
court.

We    recommend    that    you    visit    the    Fifth    Circuit's    website,
www.ca5.uscourts.gov    and    review    material    that    will    assist    you
during the appeal process.    We especially call to your attention
the Practitioner's Guide and the 5th Circuit Appeal Flow Chart,
located in the Forms, Fees, and Guides tab.

**Sealing Documents on Appeal:**    Our court has a strong presumption
of public access to our court's records, and the court scrutinizes
any request by a party to seal pleadings, record excerpts, or other
documents on our court docket.    Counsel moving to seal matters
must explain in particularity the necessity for sealing in our
court.    Counsel do not satisfy this burden by simply stating that
the originating court sealed the matter, as the circumstances that
justified sealing in the originating court may have changed or may
not apply in an appellate proceeding.    It is the obligation of
counsel to justify a request to file under seal, just as it is
their obligation to notify the court whenever sealing is no longer
necessary.    An unopposed motion to seal does not obviate a
counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Fred L. Banks, Jr.
    Mr. Tylvester O. Goss
    Mr. Arthur S. Johnston, III
    Mr. Nicholas Francis Morisani

Provided below is the court's official caption.  Please review the
parties listed and advise the court immediately of any
discrepancies.  If you are required to file an appearance form, a
complete list of the parties should be listed on the form exactly
as they are listed on the caption.

-------------------

Case No. 18-60487

JEFFERY A. STALLWORTH,

                    Plaintiff

v.

GOVERNOR DEWEY PHILLIP "PHIL" BRYANT; et al,

                    Defendants

v.

JOSH HARKINS; DEAN KIRBY; PHILLIP MORAN; CHRIS CAUGHMAN; NICKEY
BROWNING; JOHN A. POLK; MARK BAKER; ALEX MONSOUR,

                    Respondents - Appellants

v.

JACKSON MUNICIPAL AIRPORT AUTHORITY; BOARD OF COMMISSIONERS OF
THE JACKSON MUNICIPAL AIRPORT AUTHORITY, each in his or her
official capacity as a Commissioner on the Board of
Commissioners of the Jackson Municipal Airport Authority; ROSIE
L. T. PRIDGEN, in her official capacity as a Commissioner on the
Board of Commissioners of the Jackson Municipal Airport
Authority; REVEREND JAMES L. HENLEY, JR., in his official
capacity as a Commissioner on the Board of Commissioners of the
Jackson Municipal Airport Authority; LAWANDA D. HARRIS, in her
official capacity as a Commissioner on the Board of
Commissioners of the Jackson Municipal Airport Authority; VERNON
W. HARTLEY, SR., in his official capacity as a Commissioner on
the Board of Commissioners of the Jackson Municipal Airport
Authority; EVELYN O. REED, in her official capacity as a
Commissioner on the Board of Commissioners of the Jackson
Municipal Airport Authority; ROSIE L. T. PRIDGEN, individually
as citizens of the City of Jackson, MS, on behalf of themselves
and all others similarly situated; LAWANDA D. HARRIS,
individually as citizens of the City of Jackson, MS, on behalf
of themselves and all others similarly situated; VERNON W.
HARTLEY, SR., individually as citizens of the City of Jackson,
MS, on behalf of themselves and all others similarly situated;
EVELYN O. REED, individually as citizens of the City of Jackson,
MS, on behalf of themselves and all others similarly situated;
JAMES L. HENLEY, JR., individually as citizens of the City of
Jackson, MS, on behalf of themselves and all others similarly
situated,

                    Intervenors - Appellees