UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |
|---|---|
| TONY T. YARBER *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) No.: 3:16-CV-246-CWR-ASH |
|  | ) |
| TATE REEVES *et al.*, | ) |
|  | ) |
| Defendants. | ) |

**PLAINTIFFS' REPLY REGARDING
MOTION TO AMEND THE CLASS ACTION COMPLAINT**

Without conceding the accuracy of the Defendants' statements regarding plaintiffs, allegations, or counts that this Court or the Fifth Circuit has ordered to be dismissed, Def. Resp. at 1, and without waiving any rights, the Plaintiffs confirm that their motion to amend does not seek reconsideration of any of this Court's prior orders.

May 16, 2024

                                          Respectfully submitted,

**Mayor Chokwe Antar Lumumba, Mayor of the City of Jackson, Mississippi, on behalf of the Citizens of the City of Jackson, Mississippi; Ashby Foote, Kenneth I. Stokes, Angelique C. Lee, Brian C. Grizzell, Vernon W. Hartley Sr., Aaron Banks, and Virgi Lindsay, all in their official capacities as elected members of the City Council of the City of Jackson, Mississippi, from their respective wards**

By:   s/    *Sheridan Carr*
          Sheridan A. Carr, MSB #106276
          Drew Martin, MSB #101045
          THE OFFICE OF THE CITY ATTORNEY
          455 East Capitol Street

1

        Post Office Box 2779
        Jackson, Mississippi  39207-2779
        Office: 601.960.1799
        Facsimile: 601.960.1756
        Email: scarr@jacksonms.gov
        Email: dmartin@city.jackson.ms.us

**Mayor Chokwe Antar Lumumba, individually as a taxpayer and citizen of the City of Jackson, Mississippi, on behalf of himself and all others similarly situated**

By:   s/    *Sheridan Carr*
        Sheridan A. Carr, MSB #106276
        Drew Martin, MSB #101045
        THE OFFICE OF THE CITY ATTORNEY
        455 East Capitol Street
        Post Office Box 2779
        Jackson, Mississippi  39207-2779
        Office: 601.960.1799
        Facsimile: 601.960.1756
        Email: scarr@jacksonms.gov
        Email: dmartin@city.jackson.ms.us

**Ashby Foote, Kenneth I. Stokes, Angelique C. Lee, Brian C. Grizzell, Vernon W. Hartley, Aaron Banks, and Virgi Lindsay, individually as citizens of the City of Jackson, Mississippi, on behalf of themselves and all others similarly situated**

By:   s/    *Sheridan Carr*
        Sheridan A. Carr, MSB #106276
        Drew Martin, MSB #101045
        THE OFFICE OF THE CITY ATTORNEY
        455 East Capitol Street
        Post Office Box 2779
        Jackson, Mississippi  39207-2779
        Office: 601.960.1799
        Facsimile: 601.960.1756
        Email: scarr@jacksonms.gov
        Email: dmartin@city.jackson.ms.us

**Jackson Municipal Airport Authority, Board of Commissioners of the Jackson Municipal Airport Authority, Lucius Wright, Rickey Jones,**

and Rica Lewis-Payton each in his or her official capacity as a Commissioner on the Board of Commissioners of the Jackson Municipal Airport Authority

By: *s/      LaToya C. Merritt*
Fred Banks, Jr., Bar No. 1733
LaToya C. Merritt, Bar No. 100054
Nicholas F. Morisani, Bar No. 104970
Phelps Dunbar, LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: (601) 352-2300
Facsimile: (601) 360-9777
Fred.Banks@phelps.com
LaToya.Merritt@phelps.com
Nick.Morisani@phelps.com

By: *s/      John L. Walker*
John L. Walker, Bar No. 6883
Walker Group, PC
1410 Livingston Lane, Suite A
Post Office Box 22849
Jackson MS 39225-2849
Telephone: 601.948-4589
Facsimile: 601.354.2507
jwaker@walkergrouppc.com

**Lucius Wright, Rickey Jones, and Rica Lewis-Payton, each individually as members of the Jackson Municipal Airport Authority and as citizens of the City of Jackson, Mississippi, on behalf of themselves and all others similarly situated**

By: s/      *Carlos Tanner*
E. Carlos Tanner, Bar No. 102713
Tanner & Associates, LLP
263 E. Pearl Street
Jackson, Mississippi 39201
Telephone: 662.796.3509
Facsimile: 662.796.3509
carlos.tanner@thetannerlawfirm.com

3

PD.45401638.1

                    By:   <u>s/     *Austin Anderson*    </u>
                            Scott P. Lewis, *pro hac vice*
                            Austin P. Anderson, *pro hac vice*
                            Anderson & Kreiger LLP
                            50 Milk Street, 21st Floor
                            Boston, Massachusetts 02109
                            Telephone: (617) 621-6500
                            Facsimile: (617) 621-6660
                            aanderson@andersonkreiger.com

## CERTIFICATE OF SERVICE

I, LaToya C. Merritt, certify that the foregoing document has been filed with the Clerk of Court using the Court's ECF system, which provides service of the foregoing to all counsel of record who have entered an appearance in this case as of the date below.

Date: May 16, 2024.

s/ *LaToya C. Merritt*
LaToya C. Merritt
