# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JACKSON MUNICIPAL AIRPORT**                                    **PLAINTIFFS**
**AUTHORITY, ET AL.**

**V.**                                                **CAUSE NO. 3:16-CV-246-CWR-ASH**

**GOVERNOR TATE REEVES, ET AL.**                           **DEFENDANTS**

## ORDER

Before the Court is a motion for clarification filed by two plaintiffs. Docket No. 480. After reviewing the motion, the relevant discovery orders, and the briefs surrounding the Legislators' motion to expedite the instant appeal, the Court does not presently see the need for clarification. As a result, the motion is denied without prejudice.

**SO ORDERED**, this the 6th day of August, 2024.

                                                         s/ Carlton W. Reeves
                                                         UNITED STATES DISTRICT JUDGE