## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 11, 2024

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 24-60371   Jones v. Reeves
                            USDC No. 3:16-CV-246

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa V. Mattingly, Deputy Clerk
                                      504-310-7719

cc:
    Mr. Austin Paganelli Anderson
    Mr. Marcellus Chamberlain
    Mr. Charles Edward Cowan
    Ms. Rebecca Hawkins
    Ms. LaToya Cheree Merritt
    Mr. Eugene Carlos Tanner III
    Mr. Michael Brunson Wallace