**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JACKSON MUNICIPAL AIRPORT**                        **PLAINTIFFS**
**AUTHORITY, ET AL.**

**V.**                                 **CAUSE NO. 3:16-CV-246-CWR-ASH**

**GOVERNOR TATE REEVES, ET AL.**              **DEFENDANTS**

**ORDER**

Pursuant to the Fifth Circuit's recent decision, *see* Docket Nos. 495-96, the legislators served with subpoenas in this action (*i.e.*, Josh Harkins, Dean Kirby, Phillip Moran, Chris Caughman, Nickey Browning, John A. Polk, Mark Baker, and Alex Monsour) are relieved from further obligations under those subpoenas.

**SO ORDERED**, this the 6th day of January, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE