UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON MUNICIPAL AIRPORT AUTHORITY, ET AL.                           PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:16-CV-246-CWR-ASH

TATE REEVES, ET AL.                                                  DEFENDANTS

ORDER

The Court held a telephonic status and scheduling conference with the parties on June 20, 2025. During the conference, the Court ordered the following deadlines:

- The previously authorized deposition of Joey Songy shall be taken no later than July 31, 2025. The prior limitations imposed by the Court on this deposition remain in effect. Any motion for additional "discovery Plaintiffs may seek based on information gained through [Songy's deposition]," Oct. 23, 2020 Text-Only Order, shall be filed no later than 7 days after Songy's deposition.

- The deadline for all dispositive and *Daubert*[1] motions, as well as any motion addressing the jury demand and any motion under Federal Rule of Civil Procedure 23, is September 2, 2025.[2]

- The case is set for a pre-trial conference before Hon. Carlton W. Reeves on May 1, 2026, at 9:00 a.m. in Courtroom 5B.

---

[1] *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

[2] Class allegations were first raised in the July 29, 2016 Intervenor Complaint [42]. The Court never set a deadline for a Rule 23 motion, but the intervenors also never moved for class certification. The fact that the Court is now setting a deadline for a motion for class certification is no indication that the Court believes any such motion would be timely and is without prejudice to Defendants' arguments regarding waiver and the timeliness of a Rule 23 motion.

2

- Given the current jury demand reflected on the docket, and pending any motion on this issue, the case is set for a jury trial to be held before Hon. Carlton W. Reeves during a two-week term of court commencing at 9:00 a.m. on June 15, 2026, in Courtroom 5B.

**SO ORDERED AND ADJUDGED** this the 20th day of June, 2025.

                                                    s/ *Andrew S. Harris*
                                                    UNITED STATES MAGISTRATE JUDGE