IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHOKWE ANTAR LUMUMBA, et al.                                    PLAINTIFFS

VS.                                        CIVIL ACTION NO. 3:16CV246-CWR-ASH

TATE REEVES, et al.                                            DEFENDANTS

---

**RANKIN COUNTY'S JOINDER IN GOVERNOR TATE REEVES'
AND LIEUTENANT GOVERNOR DELBERT HOSEMANN'S
OMNIBUS MOTION IN LIMINE**

---

Defendant Rankin County joins in and adopts the arguments and assertions of Governor

Tate Reeves and Lieutenant Governor Delbert Hosemann in their *Omnibus Motion in Limine* [Doc.

534] and supporting memorandum [Doc. 535]. For those reasons, this Court should grant the

*Omnibus Motion in Limine* and enter an order excluding the categories of evidence and arguments

set forth in the accompanying memorandum.

Dated: April 10, 2026.

Respectfully Submitted,

**RANKIN COUNTY, MISSISSIPPI**

BY:     */s/ L. Kyle Williams*
        One of its Attorneys

OF COUNSEL:

**BRUNINI, GRANTHAM, GROWER, & HEWES, PLLC**
William Trey Jones, III (MS Bar No. 99185)
L. Kyle Williams (MS Bar No. 105182)
190 East Capitol Street, Suite 100 (39201)
P.O. Drawer 119
Jackson, MS  39205-0119
Telephone: (601) 948-3101
tjones@brunini.com
kyle.williams@brunini.com

04745569
#4173213v1

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed with the Clerk of this Court via the Court's electronic filing system and thereby electronically served all counsel of record as of this date.

Dated: April 10, 2026.

/s/ *L. Kyle Williams*
L. Kyle Williams

04745569
#4173213v1