UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| JACKSON MUNICIPAL AIRPORT AUTHORITY, *et al*., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 3:16-CV-246-CWR-ASH |
| TATE REEVES, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiffs' and Defendant Madison County's motion for voluntary dismissal of the claims against Defendant Madison County, Mississippi, in Civil Action No. 3:16-cv-00246(CWR)(ASH), in accordance with Fed. R. Civ. P. 41(a)(2), and as further evidenced by the signatures of their duly authorized counsel of record, the Court holds that Plaintiffs' claims against Defendant Madison County should be dismissed in their entirety without prejudice.

IT IS, THEREFORE, ORDERED that Plaintiffs' claims against Defendant Madison County are dismissed in their entirety without prejudice.

SO ORDERED, this the 22nd day of May, 2026.

 /s/ *Carlton W. Reeves*
CARLTON W. REEVES
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

*/s/ LaToya C. Merritt*
LATOYA C. MERRITT, MS Bar #100054

Attorney for Plaintiff, the Jackson Municipal Airport
Authority


*/s/ Drew Martin*
DREW MARTIN, MS Bar #101045
Attorney for Plaintiffs, City of Jackson of
Mississippi, Mayor Chokwe Antar Lumumba,
and City of Jackson Council Members in their
Individual Capacities, Ashby M. Foote,
Kenneth Stokes, Brian Grizzell, and Vernon
Hartley


*/s/ A. Michael Espy*
A. MICHAEL ESPY, MS BAR #5240
Attorney for Defendant Madison County,
Mississippi