**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JACKSON MUNICIPAL AIRPORT**
**AUTHORITY,** *et al.,*

*Plaintiffs,*

v.

**TATE REEVES,** *et al.,*

*Defendants.*

CAUSE NO. 3:16-CV-246-CWR-ASH

## ORDER

Trial is set to start in this matter on Monday, June 22, 2026, at 9:00 a.m. The Court has received requests from members of the press to use otherwise prohibited electronics, such as laptops and cellphones in the Courtroom. To ensure an orderly trial that preserves public access to the Courthouse, the Court adopts the following press policy for the entirety of the trial in this matter:

1. Sworn declaration: Members of the press wishing to bring in electronic devices, including laptops, cellphones, or tablets, must sign a copy of the sworn declaration attached to this Order as **Exhibit 1**. The declaration must be shown to the Court Security Officers upon entering the Courthouse and then turned into the Clerk's Office prior to entering Judge Reeves's Courtroom. In the event a member of the press violates the Court's Order and uses an electronic device in an inappropriate manner, the Court may issue sanctions against the individual, including a finding of contempt.

2. No photos, videos, or audio recordings: No photos, videos, or audio recordings may be made inside the Courtroom at any time. Members of the press may only use their

1

electronic devices for note taking or to provide real-time text-based coverage of the proceeding.

3. Disruption: In the event the use of an electronic device by any member of the press becomes distracting or disruptive to the proceeding, the Court will ask the individual to stop use of the device immediately.

**SO ORDERED**, this the 11th day of June 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE